**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1798

ESEAN EDWARDS,

Plaintiff - Appellant,

v.

KEY RISK MANAGEMENT COMPANY; BERKLEY INSURANCE COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:24-cv-00679-CCE-JLW)

Submitted:  January 22, 2026                        Decided:  January 28, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Esean Edwards, Appellant Pro Se.  Steven Andrew Bader, Jennifer A. Welch, CRANFILL SUMNER, LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Esean Edwards appeals the district court's order dismissing his civil action without prejudice for insufficient process and lack of personal jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Edwards v. Key Risk Mgmt. Co.*, No. 1:24-cv-00679-CCE-JLW (M.D.N.C. June 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*